DE COPPET et al., Respondents, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by Edward J. DeCoppet and Robert P. Doremus, as executors of the last will and testament

of Ernest F. Walton, deceased, against the New York Central & Hudson River Railroad Company and the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied. Execution stayed for 20 days, in order to give the appellants opportunity to apply to a judge of the Court of Appeals for leave to appeal to that court, if so advised.